## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James R. Duck Jr.<br>       Diane T. Duck<br><br>                       Debtor's | CHAPTER 13 |
| U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, its successors and/or assigns<br>                       Movant<br>      vs. | NO. 17-13897 MDC |
| James R. Duck Jr.<br>Diane T. Duck<br>                       Debtor's<br><br>William C. Miller Esq.<br>                       Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee, which was filed with the Court on or about October 25, 2017.

                                                        Respectfully submitted,

                                                        **/s/ Rebecca A. Solarz, Esquire**
                                                        Rebecca A. Solarz, Esquire
                                                        rsolarz@kmllawgroup.com
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        215-627-1322

December 6, 2017