# UNITED STATES BANKRUPTCY COURT
## Eastern DISTRICT OF Pennsylvania

**In Re:**

Case No. 17-13897

Claim No. : 15

JAMES R. DUCK, JR AND DIANE T. DUCK

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **Citibank, N.A., as trustee for CMLTI Asset Trust** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

/s/ Ashish Rawat

Date: 06/24/2019

Creditor's Authorized Agent for Fay Servicing, LLC