| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br>James R. Duck, Jr.<br>Diane T. Duck | Case Number:<br>2:2017-bk-13897 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **8314**  UCID: **WFCHEQ1713897PAE62895211** | | ___ Check this box if the account number has changed. |
| 2.  Court Claim Number:  **8** | | |
| 3.  Signature:<br><br> Check the appropriate box.<br>  **X**  I am the creditor.<br>       I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>       I am the trustee, or the debtor.<br>       I am a guarantor, surety, endorser, or other codebtor.<br><br>By:  /s/ Sharon Renee Harris           Date: 01/20/2022<br>      VP Loan Documentation | | |

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                      CASE NO.:     17-13897

**James R. Duck, Jr.**                                          CHAPTER:    13

**Diane T. Duck**

      **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

James R. Duck, Jr.
212 Neshaminy Road
Croydon, PA 19021


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Diane T. Duck
212 Neshaminy Road
Croydon, PA 19021


*Debtor's Attorney:*   *By CM / ECF Filing:*

BRAD J. SADEK
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107


*Trustee:*   *By CM / ECF Filing:*

*Trustee:*   KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)