United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James R. Duck, Jr.  
Diane T. Duck  
    Debtors

Case No. 17-13897-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 06, 2022      Form ID: 138OBJ      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

+++      Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James R. Duck, Jr., Diane T. Duck, 212 Neshaminy Road, Croydon, PA 19021-5428 |
| 13935286 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 13929255 | + | American Heritage Fe, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14567300 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 PABKR@brockandscott.com 08054-1218 |
| 13929257 | + | Bucks County Court of Common Pleas, 100 N Main #2, Doylestown, PA 18901-3711 |
| 13939104 | +++ | Bucks County Tax Claim Bureau, c/o BARBARA R. MERLIE, Rudolph Clarke, LLC, Seven Neshaminy Interplex, Suite 200, Trevose, PA 19053-6974 |
| 13938639 | + | Bucks County Tax Claim Bureau, 55 E. Court Street, Doylestown, PA 18901-4318 |
| 13929258 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 14029603 | + | Citibank, N.A., as trustee for CMLTI Asset Trust, Fay Servicing, LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006-3357 |
| 13929263 | + | Keystone Collection Group, Bristol Township, 1243 Easton Road Suite 101, Warrington, PA 18976-3801 |
| 13929270 | + | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 14005078 | + | U.S. ROF IV Legal Title Trust 15-00001,, by US Bank National Assoc as Trustee, c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 13999239 | + | U.S. ROF IV Legal Title Trust 2015-1,, Fay Servicing, LLC, 3000 Kellway Drive, Suite 150, Carrollton, TX 75006-3357 |
| 13929273 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |
| 13929275 | + | Usa Funds/sallie Mae Servicing, Cbe Group, Po Box 900, Waterloo, IA 50704-0900 |
| 14567808 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 13929278 | + | Wells Fargo Home Equ, Po Box 31557, Billings, MT 59107-1557 |
| 14713666 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2022 04:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14126035 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 07 2022 04:06:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13935836 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 04:06:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13929254 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2022 04:06:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13929256 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 07 2022 04:06:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, |

Case 17-13897-mdc   Doc 61   Filed 09/08/22   Entered 09/09/22 00:35:48   Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | | Greensboro, NC 27420-6012 |
| 13929259 | + Email/Text: bankruptcy@cavps.com | Sep 07 2022 04:06:00 | Calvary SPV, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 13973980 | Email/PDF: bncnotices@becket-lee.com | Sep 07 2022 04:04:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13929276 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2022 04:15:57 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13929261 | + Email/Text: mrdiscen@discover.com | Sep 07 2022 04:06:00 | Discover Bank, 502 E. Market Street, Greenwood, DE 19950-9700 |
| 13935176 | Email/Text: mrdiscen@discover.com | Sep 07 2022 04:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13929262 | Email/Text: ECF@fayservicing.com | Sep 07 2022 04:06:00 | Fay Servicing Llc, 939 W North Ave, Chicago, IL 60642 |
| 14346400 | Email/Text: ECF@fayservicing.com | Sep 07 2022 04:06:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 13929260 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 07 2022 04:04:33 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13929264 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 07 2022 04:06:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13992496 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2022 04:06:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13929265 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2022 04:06:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13996213 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 04:04:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13930204 | + Email/PDF: rmscedi@recoverycorp.com | Sep 07 2022 04:04:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13929269 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2022 04:04:42 | Portfolio Recovery & Affiliates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 13935749 | + Email/PDF: ebn_ais@aisinfo.com | Sep 07 2022 04:04:50 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13999369 | + Email/Text: bncmail@w-legal.com | Sep 07 2022 04:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13929271 | + Email/Text: bncmail@w-legal.com | Sep 07 2022 04:06:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 13933622 | + Email/Text: ecfbnc@aldridgepite.com | Sep 07 2022 04:06:00 | U.S. ROF IV Legal Title Trust 2015-1, by U.S. Bank, c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14014888 | Email/Text: EDBKNotices@ecmc.org | Sep 07 2022 04:06:00 | US Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 13929272 | + Email/Text: BAN5620@UCBINC.COM | Sep 07 2022 04:06:00 | United Collections Bureau, 5620 Southwyck Blvd, Toledo, OH 43614-1501 |
| 13942110 | + Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 07 2022 04:06:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 13967148 | Email/PDF: ebn_ais@aisinfo.com | Sep 07 2022 04:04:42 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13929277 | + Email/Text: vci.bkcy@vwcredit.com | Sep 07 2022 04:06:00 | Volkswagen Credit, Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |

Case 17-13897-mdc  Doc 61  Filed 09/08/22  Entered 09/09/22 00:35:48  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

| 13937452 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | | |
| --- | --- | --- | --- | --- |
| | | | Sep 07 2022 04:15:57 | Wells Fargo Bank N.A., dba Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14567301 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Sep 07 2022 04:16:02 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13957764 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | Sep 07 2022 04:16:02 | Wells Fargo Bank, N.A., MAC N9286-01Y, P. O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 13929266 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13929267 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13929268 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 13929274 | *+ | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor James R. Duck  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Diane T. Duck brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Wilmington Savings Fund Society  FSB lmoyer@friedmanvartolo.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. ROF IV Legal Title Trust 2015-1  By U.S. Bank National Association, As Legal Title Trustee |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 138OBJ | Total Noticed: 50 |

        bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

        on behalf of Creditor U.S. ROF IV Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee
        bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James R. Duck, Jr. and Diane T. Duck
    Debtor(s)

Case No: 17−13897−mdc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/6/22

60 − 59
Form 138OBJ